

**IT IS ORDERED as set forth below:**

**Date: February 23, 2018**

_____
**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| | : |
| ANTHONY CARVER MCCLARN, | : CASE NO 14-75160-BEM |
| Debtor. | : |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | - - - - - - - - - - - - - - - - - - - - - - - - - - - - - |
| CITIZENS TRUST BANK, | : |
| | : |
| Movant, | : CONTESTED MATTER |
| v. | : |
| | : |
| ANTHONY CARVER MCCLARN, | : |
| MARY IDA TOWNSON, Trustee, | : |
| Respondents. | : |
| | : |

### CONSENT ORDER ON MOTION FOR RELIEF
### FROM AUTOMATIC STAY

Citizens Trust Bank, for itself, its successors and assigns (the "Movant"), filed a Motion for Relief from Automatic Stay (the "Motion") May 25, 2017, which was set for hearing on **January 9, 2018** (the "Hearing"). Movant seeks relief as to Debtor`s real property located in DeKalb County, Georgia, now or formerly known as 4038 Boulder Vista Drive, Conley, GA 30288 (the "Property"), as

more particularly described in Exhibit "B" attached to the Motion.  Movant asserts that the Motion was properly served and hearing properly noticed.  As of the filing of the Motion, the post-petition arrearage owed to Movant was $16,301.70 (not including Bankruptcy Fees and Costs, as specified in the Motion). The parties have reached an agreement as follows:

Movant asserts that it is owed the following postpetition mortgage arrearages totaling $16,301.70 which shall be cured in full with one payment from Debtor to Movant.  This figure includes the following:

| Description | FROM | TO | Quantity | Amount | Total |
| --- | --- | --- | --- | --- | --- |
| Missed Payment Group 1 | 03/01/2017 | 03/01/2017 | 1 | $1,545.10 | $1,545.10 |
| Missed Payment Group 2 | 04/01/2017 | 01/01/2018 | 10 | $1,475.66 | $14,756.60 |
| Minus Instantor Payment due on 02/01/2018 | | | 1 | $-16,301.70 | $-16,301.70 |

Beginning on **February 1, 2018**, Debtor shall pay Movant all future monthly mortgage payments when due.  These payments shall be sent by check, money order, or certified funds to:

> LoanCare, LLC
> 3637 Sentara Way,
> Virginia Beach, VA 23452

Accordingly, by consent, it is hereby

**ORDERED** that:

The ongoing mortgage payments shall be governed by Strict Compliance provisions (identified below as the "Delinquency Motion" procedure).

Upon delinquency by Debtor in the payment of any sum specified herein for a period of six (6) months beginning in February, 2018, Movant may be permitted to recover and dispose of the Property pursuant to applicable state law only after submitting a Delinquency Motion (as more particularly described below) in the following manner:

(A) Counsel for Movant shall serve the Trustee, Debtor, and Debtor`s counsel of record with written notice of the specific facts of the delinquency (the "**Delinquency Notice**"); said notice may be contained in a letter but shall

(1) state that Debtor may cure the delinquency within ten (10) calendar days of receipt of said notice, and

(2) provide the correct street address for mailing or delivering such payment; Pursuant to this Order, Debtor shall be presumed to have received the Delinquency Notice on the fifth (5th) calendar day following the mailing of said notice by Counsel for Movant; provided, however, that

(a) the Delinquency Notice is properly addressed to Debtor at the address set forth on the Distribution List attached to this Order pursuant to BLR 9013-3 NDGa, unless Movant or Counsel for Movant receives notice in writing of a change in Debtor`s address within a reasonable time prior to mailing of the Delinquency Notice; and

(b) the Delinquency Notice is not returned to Counsel for Movant by the U.S. Postal Service as undeliverable by reason of improper address.

(B) If Debtor fails to cure the delinquency within ten (10) days of receipt of said written notice, Counsel for Movant may file, after service on both Debtor and Debtor`s counsel:

(1) **a motion,** which must contain allegations of the specific facts of the delinquency; provided, however, that, instead of alleging the facts of the delinquency in the motion (the averments of which are subject to Rule 9011), the motion may be accompanied by an affidavit **from Movant** setting forth the specific facts of the delinquency;

(2) a copy of the **Delinquency Notice**; and

(3) **a proposed order** (the motion, affidavit, copy of the Delinquency Notice and the proposed order are herein collectively referred to as the "**Delinquency Motion**").

Upon filing of said Delinquency Motion, the Court may enter an order modifying the automatic stay without further notice or hearing.

Upon entry of an order modifying the automatic stay, the Chapter 13 Trustee shall cease funding the Movant's claim. Upon completion of any foreclosure sale by Movant, all proceeds exceeding Movant's lawful debt shall be remitted promptly to the Chapter 13 Trustee.

**[END OF DOCUMENT]**

Prepared and Submitted by:

/s/ Lisa F. Caplan
Lisa F. Caplan
GA State Bar No. 001304
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
lcaplan@rubinlublin.com
Attorney for Creditor


Consented to by:

/s/ Charles E. Taylor
Charles E. Taylor, Esq.
GA State Bar No. 699681
Law Office of Charles E. Taylor
809 Deerwood Drive
Stockbridge, GA 30281
(404) 292-3123
lawtaylor@bellsouth.net
Attorney for Debtor

No Opposition to by:

/s/ Sonya M. Buckley GA Bar No. 140987
For Mary Ida Townson
GA State Bar No. 715063
191 Peachtree Street, NE
Suite 2200
Atlanta, GA 30303
(404) 525-1110
orders@atlch13tt.com
Standing Chapter 13 Trustee

DISTRIBUTION LIST

Anthony Carver McClarn
4038 Boulder Vista Drive
Conley, GA 30288

Charles E. Taylor, Esq.
Law Office of Charles E. Taylor
809 Deerwood Drive
Stockbridge, GA 30281

Mary Ida Townson
Chapter 13 Trustee
191 Peachtree Street, NE
Suite 2200
Atlanta, GA 30303

Lisa F. Caplan, Esq.
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071