**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

In Re: Debtor(s)
**Anthony Carver McClarn**
4038 Boulder Vista Drive
Conley, GA 30288

xxx–xx–0647

Case No.: **14–75160–sms**
Chapter: **13**
Judge: **Sage M. Sigler**

## ORDER APPROVING TRUSTEE'S REPORT DISCHARGING TRUSTEE AND CLOSING ESTATE

It appearing to the Court that **Mary Ida Townson** the Trustee in the above styled case has filed the final report, and that said Trustee has performed all other and further duties as required in the administration of said estate;

**IT IS THEREFORE ORDERED** that said report be and it hereby is approved and that the said estate be and it hereby is closed; that the Trustee be and hereby is discharged from and relieved of the trust.

**IT IS FURTHER ORDERED** that pursuant to Title 11, United States Code, **§** 1328 (f), the Debtor is not entitled to and will not be issued a discharge in this case.

_____
Sage M. Sigler
United States Bankruptcy Judge

Dated:   January 17, 2019

Form 524