```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION

IN RE:  ANTHONY CARVER MCCLARN,    {   CHAPTER 13
                                   {
        DEBTOR.                    {   CASE NO. A14-75160-SMS
                                   {
                                   {   JUDGE SIGLER
```

## MOTION TO REOPEN CASE

Comes now Mary Ida Townson, Chapter 13 Trustee, and files herewith this Motion to Reopen Case, and as grounds shows the Court as follows:

1.

The above-styled Debtor filed for relief under Chapter 13 on December 30, 2014. The Chapter 13 plan, confirmed on March 24, 2015 and modified January 6, 2016, provided for a sixty (60) month applicable commitment period (ACP), payments of $1,510.00 per month, and a one hundred percent (100%) dividend to unsecured creditors.

2.

The Chapter 13 plan further provided for the cure of a prepetition arrearage owed to Citizens Trust Bank/LoanCare, LLC, with the Debtor to make ongoing

Mary Ida Townson, Chapter 13 Trustee
Suite 2200 - 191 Peachtree Street, N.E.
Atlanta, GA 30303-1740
(404) 525-1110
eds@atlch13tt.com

regular payments directly to this creditor for a mortgage debt secured by the Debtor's residence.

3.

On December 28, 2018, the Trustee filed her Notice of Plan Completion (Docket 65).

4.

On January 17, 2017, the Court entered an Order Approving Account, Discharging Chapter 13 Trustee and Closing Estate (Docket 69).

5.

Due to a clerical error, the Trustee did not file a Notice of Final Cure Payment pursuant to Fed. R. Bankr. P. 3002.1(f) in reference to the claim of Citizens Trust Bank/LoanCare, LLC.

6.

11 U.S.C. § 350 provides that "A case may be reopened in the court in which such case was closed to administer assets, to accord relief to the debtor, or for other cause."

Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, GA 30303-1740
(404) 525-1110
eds@atlch13tt.com

7.

The Trustee respectfully asks that this case be reopened such that the Trustee may file the Notice of Final Cure Payment and that the parties have an opportunity to respond thereto pursuant to Rule 3002.1.

8.

The Trustee further requests that the Court waive the fee to reopen this case as this motion is brought by the Trustee to correct an administrative error.

WHEREFORE, based on the foregoing, the Chapter 13 Trustee prays that the Court inquire into the foregoing and

    a.   reopen the instant case;

    b.   waive the associated fee;

    c.   reappoint Mary Ida Townson as Chapter 13 Trustee;

    d.   grant any other and further relief as the Court may deem just and proper.

Respectfully submitted,

_____/s_____
K. Edward Safir, Attorney
for Chapter 13 Trustee
GA Bar No. 622149

Mary Ida Townson, Chapter 13 Trustee
Suite 2200 - 191 Peachtree Street, N.E.
Atlanta, GA 30303-1740
(404) 525-1110
eds@atlch13tt.com

Document      Page 4 of 5

A14-75160-SMS

**CERTIFICATE OF SERVICE**

     This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

DEBTOR(S):

ANTHONY CARVER MCCLARN
4038 BOULDER VISTA DRIVE
CONLEY, GA 30288

**AND ALL CREDITORS AND INTERESTED PARTIES ATTACHED**

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

LAW OFFICES OF MICHAEL R. RETHINGER, LLC

This 26th day of February 2019

_____/s/_____
K. Edward Safir, Attorney
for Chapter 13 Trustee
GA Bar No. 622149

Mary Ida Townson, Chapter 13 Trustee
Suite 2200 - 191 Peachtree Street, N.E.
Atlanta, GA 30303-1740
(404) 525-1110
eds@atlch13tt.com

```
Label Matrix for local noticing          Sonya M. Buckley                          Lisa F. Caplan
113E-1                                   Office of Mary Ida Townson                Rubin Lublin, LLC
Case 14-75160-sms                        Suite 2200                                Suite 100
Northern District of Georgia             191 Peachtree Street, NE                  3145 Avalon Ridge Place
Atlanta                                  Atlanta, GA 30303-1770                    Peachtree Corners, GA 30071-1570
Tue Feb 26 08:06:16 EST 2019

Ch 7 Estate of Anthony Carver McClarn    Chapter 7 Estate of Anthony Carver McClarn  Citizens Trust Bank
Jason L Pettie, Trustee                  Jason L Pettie, Trustee                     C/O LoanCare, LLC
150 E Ponce de Leon, Suite 150           150 E Ponce de Leon, Suite 150              3637 Sentara Way
Decatur, GA 30030-2566                   Decatur, GA 30030-2566                      Virginia Beach, VA 23452-4262


Citizens Trust Bank                      Loan Care Servicing                       Anthony Carver McClarn
PO Box 4485                              3637 Sentara Way, Suite 303               4038 Boulder Vista Drive
Atlanta, GA 30302-4485                   Virginia Beach, VA 23452-4262             Conley, GA 30288-1403



Bryce R. Noel                            PNC BANK, NATIONAL ASSOCIATION            PNC Mortgage
Aldridge Pite, LLP                       3232 NEWMARK DRIVE                        PO Box 1820
3575 Piedmont Road, NE, Suite 500        MIAMISBURG, OH 45342-5421                 Dayton, OH 45401-1820
Fifteen Piedmont Center
Atlanta, GA 30305-1527


Jason L. Pettie                          Michael R. Rethinger                      Mary Ida Townson
P.O. Box 17936                           Law Offices of Michael R. Rethinger, LLC  Chapter 13 Trustee
Atlanta, GA 30316-0936                   241 Mitchell Street, SW                   Suite 2200
                                         Atlanta, GA 30303-3304                    191 Peachtree Street, NE
                                                                                   Atlanta, GA 30303-1770


Wells Fargo Bank                         Wells Fargo Bank
PO Box 5058 MAC P6053-021                PO Box 63491 MAC A0143-042
Portland, OR 97208-5058                  San Francisco, CA 94163-0001




            The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Citizens Trust Bank                   (d)PNC BANK, NATIONAL ASSOCIATION         (u)PNC Mortgage, A Division of PNC Bank, NA
                                         3232 NEWMARK DRIVE
                                         MIAMISBURG, OH 45342-5421




(d)Jason L. Pettie                       End of Label Matrix
P.O. Box 17936                           Mailable recipients    16
Atlanta, GA 30316-0936                   Bypassed recipients     4
                                         Total                  20
```