**IT IS ORDERED as set forth below:**

**Date: February 28, 2019**

_____
**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

```
               UNITED STATES BANKRUPTCY COURT
                NORTHERN DISTRICT OF GEORGIA
                      ATLANTA DIVISION

IN RE:   ANTHONY CARVER MCCLARN,  {   CHAPTER 13
                                  {
         DEBTOR.                  {   CASE NO. A14-75160SMS
                                  {
                                  {   JUDGE SIGLER
```

**ORDER GRANTING TRUSTEE'S MOTION TO REOPEN CASE**

On February 26, 2019, the Chapter 13 Trustee filed her Motion to Reopen this case (docket 71). The Trustee filed this Motion asking that the Court reopen this case so that she may file a Notice of Final Cure Payment pursuant to Fed. R. Bankr. P. 3002.1.

The Court has reviewed the Trustee's Motion and the record of the case. It appearing that the Trustee's Motion was served on all parties in this case and that no hearing on the matter is necessary, it is hereby

ORDERED, that the Trustee's Motion is GRANTED. This case is hereby reopened. It is further

ORDERED, that the filing fee associated with the Trustee's Motion is hereby WAIVED.

The Clerk of Court is directed to serve a copy of this Order on the Debtor, Debtor's attorney, the Chapter 13 Trustee, and all parties in interest.

*** END OF DOCUMENT***

Presented by:

_____/s_____
K. Edward Safir, Attorney
For Chapter 13 Trustee
GA Bar No. 622149
Mary Ida Townson, Chapter 13 Trustee
191 Peachtree Street, N.E.
Suite 2200
Atlanta, GA 30303
(404)525-1110
eds@atlch13tt.com