UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                                                                       CASE: A14-75160 SMS

Anthony Carver McClarn                                                       CHAPTER 13

DEBTOR

## NOTICE OF FINAL CURE

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Mary Ida Townson files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**NAME OF CREDITOR:** Citizens Trust Bank

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 1 | 4132 | $ 34546.01 | $ 34546.01 | $ 34546.01 |
| Total Amount Paid by Trustee | | | | $ 34546.01 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

_____ Through the Chapter 13 Conduit                    X  Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule3001(f). Failure to notify may result in sanctions.

1

A14-75160 SMS

## CERTIFICATE OF SERVICE

   This is to certify that I have this day served the following with a copy of the foregoing pleading by depositing same in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

Anthony Carver McClarn
4038 Boulder Vista Drive
Conley, GA  30288

Law Offices of Michael R. Rethinger, LLC
241 Mitchell Street, SW
Atlanta, GA  30303

Citizens Trust Bank
c/o Loancare, LLC
ATTN: Bankruptcy Administrator
3637 Sentara Way
Virginia Beach, VA  23452

Rubin Lubin, LLC
ATTN: Lisa F. Caplan
3145 Avalon Ridge Place, Ste 100
Peachtree Corners, GA  30071

Dated: March 1, 2019

Respectfully submitted,

Mary Ida Townson, Attorney
Standing Chapter 13 Trustee
GA Bar No. 715063
191 Peachtree Street, Suite 2200
Atlanta, GA  30303
(404) 525-1110
maryidat@atlch13tt.com