UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| ANTHONY CARVER MCCLARN, | ) | |
|     Debtor. | ) | CASE NO: 14-75160-SMS |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | ) | - - - - - - - - - - - - - - - - - - - - - - - - - - - - - |
| ANTHONY CARVER MCCLARN, | ) | |
|     Movant, | ) | |
| vs. | ) | CONTESTED MATTER |
| CITIZENS TRUST BANK, | ) | |
|     Respondent. | ) | |

NOTICE OF ASSIGNMENT OF HEARING

    **PLEASE TAKE NOTICE** that **Anthony C. McClarn** (hereinafter "Debtor") has filed a "Motion to Deem Mortgage Current" (hereinafter "Motion") and related papers with the Court seeking an Order on the Motion.

    **PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion in Courtroom **1201, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia at 10:00 am on June 11, 2019.**

    Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: April 23, 2019        By:

                                        _____/S/_____
                                        Michael R. Rethinger
                                        Georgia Bar Number 301215
                                        Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| ANTHONY CARVER MCCLARN, | ) | |
|     Debtor. | ) | CASE NO: 14-75160-SMS |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | ) | - - - - - - - - - - - - - - - - - - - - - - - - - - - - |
| ANTHONY CARVER MCCLARN, | ) | |
|     Movant, | ) | |
| vs. | ) | CONTESTED MATTER |
| CITIZENS TRUST BANK, | ) | |
|     Respondent. | ) | |

**MOTION TO DEEM MORTGAGE CURRENT**

**COMES NOW**, Anthony C. McClarn, the Debtor (hereinafter "Debtor") in the above-styled Chapter 13 bankruptcy case and files this "Motion to Deem Mortgage Current" (hereinafter "Motion"), showing to this Court the following:

1.

This Court has jurisdiction in this matter pursuant to 28 U.S.C. § 1334, 28 U.S.C. § 151, and 28 U.S.C. § 157.

2.

This Court is the proper venue for this matter pursuant to 28 USC § 1409.

3.

This matter is a core proceeding within the contemplation of 28 U.S.C. § 157.

4.

Debtor filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code on December 30, 2014 and is eligible for relief under 11 U.S.C. §109.

5.

On March 1, 2019 the Chapter 13 Trustee filed a Notice of Final Cure Mortgage Payment re: Rule 3002.1. On March 22, 2019 a Response was filed on behalf of Citizens Trust

Bank. Debtor maintains that his mortgage payments are current, and requests the Court deem the mortgages with Citizens Trust Bank are current as of the date of discharge.

**WHEREFORE**, Debtor prays:

(a) That this Motion be filed, read, and considered;

(b) That this Honorable Court grant this Motion; and,

(c) That this Honorable Court grant such further relief as it may deem just and proper.

This the 23rd day of April, 2019          By:

_____/S/_____
Michael R. Rethinger
Georgia Bar Number 301215
Attorney for Debtor

241 Mitchell Street, SW
Atlanta, GA 30303
770.922.0066
michael@rethingerlaw.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in the foregoing matter with a copy of the foregoing Debtor's "Motion to Deem Mortgage Current" and "Notice of Assignment of Hearing" by depositing in the United States Mail, a copy of same in a properly addressed envelope with adequate postage thereon upon to the following:

Citizens Trust Bank
c/o Lisa F. Caplan
Rubin Lubin, LLC
Suite 100
3145 Avalon Ridge Place
Peachtree Corners, GA 30071

Citizens Trust Bank
 c/o LoanCare, LLC
 Attn: Lisa F. Caplan, Attorney for Creditor
 3637 Sentara Way
 Virginia Beach, VA 23452

Anthony Carver McClarn
4038 Boulder Vista Drive
Conley, GA 30288

   I further certify that, by agreement of the parties, Mary Ida Townson, Standing Chapter 13 Trustee, was served via the ECF electronic mail/noticing system.

This the 24th day of April, 2019   By:

                _____/S/_____
                Michael R. Rethinger