**IT IS ORDERED as set forth below:**

**Date: January 30, 2020**

_____

**Sage M. Sigler
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| | CHAPTER 13 |
| ANTHONY CARVER MCCLARN, | |
|     DEBTOR | CASE NO. 14-75160-SMS |
| ------------------------------------------------- | ----------------------------------- |
| ANTHONY CARVER MCCLARN, | |
|     MOVANT | |
| VS. | CONTESTED MATTER |
| CITIZENS TRUST BANK, | |
|     RESPONDENT | |

**CONSENT ORDER DEBTOR'S MOTION TO DEEM MORTGAGE CURRENT**

On April 23, 2019, Debtor filed a Motion to Deem Mortgage Current (Docket No. 76)(the "Motion") seeking a determination that he is current on his mortgage loan with Citizens Trust Bank ("Citizens" or "Respondent") and to resolve various other issues with the mortgage loan. After multiple continuances, the Motion came before the Court for hearing on August 27, 2019. At the hearing, attorneys for the Movant and for Respondent reached an agreement as to

the Motion as incorporated herein below.

THE PARTIES AGREE:

That the post-petition arrearage through January 1, 2020 is $19,899.80. Once Debtor tenders certified funds to Respondent in the amount of $15,794.24 and Respondent applies the excess escrow balance of $4,105.56, Debtor will be current through January 1, 2020 and due for the February 1, 2020 payment. The parties further agree:

That Debtor has paid in full the amount required to satisfy Respondent's pre-petition arrearage claim. The parties further agree

That Respondent has not and will not assess Debtor's loan any additional interest due to Debtor tendering mortgage payments later than their respective due dates, or in other words, interest charged on the account will be the same as if all payments had been tendered timely. The partiers further agree;

Debtor will be allowed online access to his mortgage account once the case has closed. Accordingly, it is hereby

**ORDERED** that Debtor shall tender certified funds in the amount of $15,794.24 to Respondent within ten (10) days of entry of this Order; it is

**FURTHER ORDERED** that Respondent shall apply the excess escrow balance of $4,105.56 to Debtor's principal and interest payments; it is

**FURTHER ORDERED** that Respondent shall allow Debtor online access to his account within seven calendar days following the closing of this case and through and until the loan is satisfied or transferred.

This matter resolves all outstanding issues in the case. The Clerk may close this bankruptcy case.

[END OF DOCUMENT]

Prepared and Submitted by
JEFF FIELD & ASSOCIATES:

/s/ Christopher J. Sleeper

_____
CHRISTOPHER J. SLEEPER
Attorney for Debtor
State Bar No. 700884
342 North Clarendon Avenue
Scottdale, GA 30079
404-499- 2700
contactus@fieldlawoffice.com


Consent to by:

/s/ Anjali Khosla

_____ by Christopher J. Sleeper w/ express permission
ANJALI KHOSLA
Attorney for Respondent
State Bar No. 838077
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, Georgia 30071
Main: 770‑246‑3300
akhosla@rlselaw.com

No Opposition By:
/s/ K. Edward Safir

_____ by Christopher J. Sleeper w/express permission
K. EDWARD SAFIR
Attorney for Chapter 13 Trustee
State Bar No. 622149
191 Peachtree Street NE
Suite 2200
Atlanta, GA 30303
404-525-1110
eds@atlch13tt.com

**IDENTIFICATION OF PARTIES TO BE SERVED**

Mary Ida Townson
285 Peachtree Center Ave. NE
Ste. 1600
Atlanta, GA 30303

R. Jeffrey Field
Jeff Field & Associates
342 North Clarendon Avenue
Scottdale, Georgia 30079

Anthony Carver McClarn
736 Peninsula Overlook
Hampton, GA 30228

Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, Georgia 30071