UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| ANTHONY CARVER MCCLARN, | CHAPTER 13 |
| DEBTOR | CASE NO. 14-75160-SMS |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Anthony Carver McClarn has filed a Motion to Reopen Chapter 13 Case with the Court seeking an Order reinstating the case.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion in **Courtroom 1201, Russell Federal Building, 75 Ted Turner Dr. SW, Atlanta, Georgia 30303 at 10:00 AM on March 31, 2020.**

Your rights may be affected by the Court's ruling on the Motion.  You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.  If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views, then you and/or your attorney must attend the hearing.  You may also file a written response to the Motion with the Clerk at the address stated below, but you are not required to do so.  If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response.  Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing.  The address of the Clerk's Office is:  Clerk, U.S. Bankruptcy Court, 75 Ted Turner Dr. SW, Atlanta, Georgia 30303.

This March 6, 2020

Respectfully Submitted,
JEFF FIELD & ASSOCIATES

/s/ Christopher J. Sleeper
_____
CHRISTOPHER J. SLEEPER
Attorney for Debtors
State Bar No. 700884
342 North Clarendon Avenue
Scottdale, GA 30079
404-499- 2700
contactus@fieldlawoffice.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| ANTHONY CARVER MCCLARN, | CHAPTER 13 |
| DEBTOR | CASE NO. 14-75160-SMS |

## MOTION TO REOPEN CHAPTER 13 CASE

Comes now Debtor, Anthony Carver McClarn, by and through the undersigned counsel, and file this Motion to Reopen Chapter 13 Case for the purpose of filing an adversary proceeding against Citizens Trust Bank and its servicer LoanCare, LLC and shows to this Honorable Court the following:

1.

This case was commenced on December 30, 2014 by the filing of a Voluntary Petition in Bankruptcy for relief under Title 11 Chapter 13 of the United States Code.

2.

Debtor was not eligible for a discharge in this case; however, Debtor completed payments under his chapter 13 plan and his case was closed January 17, 2019.

3.

The case was reopened on February 28, 2019 (Doc. No. 72) for the purpose of filing a Notice of Final Cure Mortgage Payment re: Rule 3002.1 (Doc. No. 73).

4.

On April 23, 2019, Debtor filed a Motion for Determination of Final Cure and Mortgage Payment re: Rule 3002.1 (Motion to Deem Mortgage Current) (the "Motion") (Doc. No. 76)

asking the Court to determine that he made all mortgage payments as required by the chapter 13 plan.

5.

The Motion and Citizens Trust Bank's response thereto (Doc. No. 78) came before the Court for hearing on August 27, 2019. At the hearing on the Motion, a consent agreement was announced.

6.

On January 30, 2020, the Court entered a Consent Order on Motion to Deem Mortgage Current (Doc. No. 85)(the "Order").

7.

The Order required Debtor to tender to Citizens Trust Bank certified funds of $15,794.24 within ten (10) days of entry of the Order, which would bring Debtor current through January 1, 2020. The Order required Citizens Trust Bank, among other things, to allow online access to his mortgage account within seven (7) calendar days of entry of the Order.

8.

On February 6, 2020, Debtor delivered to his bankruptcy counsel, Jeff Field & Associates, certified funds of $15,794.24 with instruction to release the funds once his online access was enabled.

9.

During the seven (7) day period following entry of the Order, Debtor continually attempted to access his online account. Initially no access was enabled. When Jeff Field & Associates brought the issue to Citizens Trust Bank's attention, the servicer admitted that after they manually enabled online an access a glitch caused online access to again be disabled due to

his delinquent status. After the glitch was remedied, Debtor was able to obtain online access for a short period of time but only able to see records going back to 2004. Shortly thereafter, Debtor lost online access completely.

10.

Even though online access was removed and in order to show good faith on his part to resolve the issue, Debtor allowed Jeff Field & Associates to release to Citizens Trust Bank the certified funds of $15,794.24. The funds were priority mailed February 20, 2020 and delivered February 24, 2020.

11.

Throughout February 2020, Debtor attempted multiple times to make his February mortgage payment. Every time he contacted Citizens Trust Bank or its servicer LoanCare, LLC either via phone or branch location, he was explicitly told that they could not accept payment because (a) his account is in bankruptcy and/or (b) his account is in foreclosure status.

12.

Debtor is now sending his ongoing mortgage payments directly to Citizens Trust Bank in hopes that they cash the payments. He still does not have online access to his account.

13.

Citizens Trust Bank's and LoanCare, LLC's conduct and communications demonstrate an appalling mishandling of his account and disregard for this Court's orders.

14.

Pursuant to 11 U.S.C. §350 and Bankruptcy Rule 5010, the Court may reopen a case to administer assets, to accord relief to the debtor, or for other cause and shall not appoint a trustee

unless deemed necessary to protect the interest of creditors and debtor or insure efficient administration of the case.

WHEREFORE, Debtor requests that this Court:

a) Reopen the Chapter 13 case for the purpose of allowing Debtor to file an adversary proceeding against Citizens Trust Bank and LoanCare, LLC;

b) The Chapter 13 Interim Trustee be reappointed if deemed necessary;

c) The automatic stay be reinstated as to Citizens Trust Bank pending the resolution of this matter;

d) Grant such other and further relief as it deems just and appropriate.

Dated: March 6, 2020

                                              Respectfully Submitted,
                                              JEFF FIELD & ASSOCIATES

                                              /s/ Christopher J. Sleeper
                                              _____
                                              CHRISTOPHER J. SLEEPER
                                              Attorney for Debtors
                                              State Bar No. 700884

342 North Clarendon Avenue
Scottdale, GA 30079
404-499- 2700
contactus@fieldlawoffice.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day mailed a true and exact copy of the foregoing "Notice of Hearing" and "Motion to Reopen Chapter 13 Case" to the following:

Mary Ida Townson, Chapter 13 Trustee         *Electronically*

Anthony Carver McClarn
736 Peninsula Overlook
Hampton, GA 30228

Creditors Reflected on the
Attached Mailing Matrix

by electronic service upon filing with the Court or by placing a copy of same in a properly addressed envelope with sufficient postage affixed thereon to insure delivery and depositing same in the United States Mail.

Dated: March 6, 2020

                                              Respectfully Submitted,
                                              JEFF FIELD & ASSOCIATES

                                              /s/ Christopher J. Sleeper
                                              _____
                                              CHRISTOPHER J. SLEEPER
                                              Attorney for Debtors
                                              State Bar No. 700884

342 North Clarendon Avenue
Scottdale, GA 30079
404-499- 2700
contactus@fieldlawoffice.com

```
Label Matrix for local noticing          Sonya M. Buckley                          Lisa F. Caplan
113E-1                                   Office of Mary Ida Townson                Rubin Lublin, LLC
Case 14-75160-sms                        Suite 1600                                Suite 100
Northern District of Georgia             285 Peachtree Center Ave, NE              3145 Avalon Ridge Place
Atlanta                                  Atlanta, GA 30303-1229                    Peachtree Corners, GA 30071-1570
Fri Mar  6 12:56:46 EST 2020

Ch 7 Estate of Anthony Carver McClarn    Chapter 7 Estate of Anthony Carver McClarn    Citizens Trust Bank
Jason L Pettie, Trustee                  Jason L Pettie, Trustee                   C/O LoanCare, LLC
150 E Ponce de Leon, Suite 150           150 E Ponce de Leon, Suite 150            3637 Sentara Way
Decatur, GA 30030-2566                   Decatur, GA 30030-2566                    Virginia Beach, VA 23452-4262


Citizens Trust Bank                      R. Jeffrey Field                          Loan Care Servicing
PO Box 4485                              Jeffrey Field & Associates                3637 Sentara Way, Suite 303
Atlanta, GA 30302-4485                   342 North Clarendon Avenue                Virginia Beach, VA 23452-4262
                                         Scottdale, GA 30079-1320



Bryce R. Noel                            PNC BANK, NATIONAL ASSOCIATION            PNC Mortgage
Aldridge Pite, LLP                       3232 NEWMARK DRIVE                        PO Box 1820
3575 Piedmont Road, NE, Suite 500        MIAMISBURG, OH 45342-5421                 Dayton, OH 45401-1820
Fifteen Piedmont Center
Atlanta, GA 30305-1527


Jason L. Pettie                          K. Edward Safir                           Mary Ida Townson
P.O. Box 17936                           Mary Ida Townson                          Chapter 13 Trustee
Atlanta, GA 30316-0936                   Suite 1600                                Suite 1600
                                         285 Peachtree Center Ave, NE              285 Peachtree Center Ave NE
                                         Atlanta, GA 30303-1229                    Atlanta, GA 30303-1259


Wells Fargo Bank                         Wells Fargo Bank                          End of Label Matrix
PO Box 5058 MAC P6053-021                PO Box 63491 MAC A0143-042                Mailable recipients    16
Portland, OR 97208-5058                  San Francisco, CA 94163-0001              Bypassed recipients     0
                                                                                   Total                  16
```