Case No: **14-75160-BEM**

# UNITED STATES BANKRUPTCY COURT

**Northern District of Georgia**

In re: **Anthony Carver McClarn**    Case no: **14-75160-SMS**

Chapter: **13**

Property Address: **4038 Boulder Vista Drive, Conley, GA 30288**

Last four of any number you use to identity the debtor's account: **4132**

Court Claim No. (if known). **1**

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT

As contemplated by Fed. R. Bankr. Proc. 3002

**Citizens Trust Bank**

("Creditor") hereby responds to that certain Notice of Final Cure Payment dated **03/01/2019** and filed as Docket No. **73**.

## Pre-Petition Default Payments

X Agrees that Debtor(s) has paid in full the amount required to cure the default on the Creditor's claim

Total Amount Due:    $0.00

## Post-Petition Default Payments

X  Disagrees that Debtor(s) is current with respect to all payments consistent with 1322(b)(5) and states that the total amount due to cure Post-petition arrears is:

Total Amount Due:    $6,779.50

Attached as Schedule of Amounts Outstanding on Post-petition Claim is an itemized account of the post-petition amounts that remain unpaid as of the date of this cure notice. The amounts outstanding identified on Schedule 2 do not reflect amounts that became or may become due after the date of the Cure Notice, including any fees that may have been incurred in the preparation, filing, or prosecution of this Response to the Cure Notice.

The amounts due identified on this statement may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice. In addition, the amounts due may include payments reflected on the NDC but which have not yet been received and/or processed by Creditor.

Case No: **14-75160-SMS**

# UNITED STATES BANKRUPTCY COURT

The person completing this Notice must sign it. Sign and print your name and your title (if any), and state your address and telephone number if different from the notice address listed on the proof of claim to which this supplement applies.

__ I am the Creditor                    X    I am the Creditor's authorized agent/counsel (attach copy of power of attorney, if any).

I declare under penalty of perjury that the information provided in this Statement in Response to Notice of Final Cure Payment is true and correct to the best of my knowledge, information and reasonable belief.

**/s/Lisa F. Caplan**   **March 22, 2019**
Signature            Date

Lisa F. Caplan
Title: Attorney for Creditor
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992

**Case No: 14-75160-SMS**

# UNITED STATES BANKRUPTCY COURT

## Schedule of Amounts Outstanding Post-Petition Claim

| Description | From | To | Date Incurred | Amount | Total |
|---|---|---|---|---|---|
| Missed Payment Group 1 | 11/01/2018 | 03/01/2019 | | $1,358.90 | $6,794.50 |
| Suspense Balance Credit | | | | $-15.00 | $-15.00 |
| Grand Total | | | | | $6,779.50 |

CERTIFICATE OF SERVICE

    I, Lisa F. Caplan of Rubin Lublin, LLC certify that on the 22nd day of March, 2019, I caused a copy of the Response to Notice of Final Cure Payment to be filed in this proceeding by electronic means and to be served by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

Anthony Carver McClarn,
4038 Boulder Vista Drive
Conley, GA 30288

Michael R. Rethinger, Esq.
Law Offices of Michael R. Rethinger, LLC
241 Mitchell Street, SW
Atlanta, GA 30303

Mary Ida Townson
Chapter 13 Trustee
191 Peachtree Street, NE
Suite 2200
Atlanta, GA 30303

Executed on 3/22/19
By:/s/ Lisa F. Caplan
Lisa F. Caplan
GA State Bar No. 001304
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
lcaplan@rubinlublin.com
Attorney for Creditor